# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

December 10, 2024

Lyle W. Cayce
Clerk

No. 24-40313
Summary Calendar

―――――――――

United States of America,

*Plaintiff—Appellee*,

*versus*

Oscar Montano,

*Defendant—Appellant*.

―――――――――――――――――――――

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:11-CR-482-1

―――――――――――――――――――――

Before Haynes, Higginson, and Douglas, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Oscar Montano has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Montano has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-40313

presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.